| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) WIENER, JR., JACQUES L | 2. Court or Organization US COURT OF APPEALS 5TH CIRCUI | 3. Date of Report 05/10/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE 5TH CIRCUIT COURT-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address U S COURT OF APPEALS BLDG. 600 CAMP ST., ROOM 244 NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR OFFICER | COUNCIL, LOUISIANA STATE LAW INSTITUTE |
| 2. DIRECTOR | WIENER WEISS WIENER FOUNDATION |
| 3. TRUSTEE | TRUST #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED FINANCIAL DISCLOSURE '06 MAY 17 PM 51

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2005 | FISHER & PHILLIPS, LLP (ATTORNEY) | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH : | | | | | | | | | |
| 2. BANCORPSOUTH ACCOUNTS | B | Interest | N | T | | | | | |
| 3. BANCORPSOUTH ACCOUNT #2 | A | Interest | K | T | GIFT | 12/21 | K | | |
| 4. RESERVE US GVT CL R | D | Dividend | N | T | | | | | |
| 5. FIDELITY MUNICIPAL MONEY MARKET | A | Dividend | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. MUTAL FUNDS : | | | | | | | | | |
| 8. FIDELITY ADVISOR EQUITY GROWTH CL T | | None | M | T | | | | | |
| 9. FIDELITY ADVISOR HEALTHCARE CL T | A | Dividend | K | T | | | | | |
| 10. VANGUARD CAPITAL OPPORTUNITY | A | Dividend | L | T | PART SELL | 9/26 | K | C | |
| 11. VANGUARD HEALTH CARE PORTFOLIO | B | Dividend | K | T | | | | | |
| 12. VANGUARD GROWTH INDEX | A | Dividend | K | T | PART SELL | 2/17 | K | B | |
| 13. VANGUARD SELECTED VALUE | C | Dividend | L | T | PART SELL | 9/26 | K | C | |
| 14. VANGUARD INTL EXPLORER INVESTOR | B | Dividend | K | T | | | | | |
| 15. VANGUARD GLOBAL EQUITY | B | Dividend | K | T | | | | | |
| 16. FIDELTIY INTL SMALL CAP | C | Dividend | K | T | BUY | 2/24 | K | | |
| 17. | | | | | BUY | 10/03 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD LIMITED TERM TAX EXEMPT | A | Dividend | J | T | | | | | |
| 19. VANGUARD WINDSOR II FUND | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. STOCKS: | | | | | | | | | |
| 22. ACCESS PHARMACEUTICALS INC COM | | None | J | T | | | | | |
| 23. AMERADA HESS CORP. | A | Dividend | L | T | | | | | |
| 24. AMERICAN ELECTRIC POWER CO. | C | Dividend | L | T | | | | | |
| 25. BECKMAN COULTER INC | B | Dividend | M | T | | | | | |
| 26. BOEING | C | Dividend | N | T | | | | | |
| 27. CHEVRON CORP NEW | A | Dividend | K | T | MERGER | 8/24 | J | | UNOCAL MERGER WITH CHEVRON |
| 28. | | | | | SELL FRAC | 8/26 | J | A | |
| 29. EXXON MOBIL CORP. | C | Dividend | M | T | | | | | |
| 30. GERBER SCIENTIFIC | | None | K | T | | | | | |
| 31. INTERNATIONAL PAPER | A | Dividend | J | T | | | | | |
| 32. ISHARES TR MSCI EMERGING MKTS | A | Dividend | K | T | BUY | 10/04 | K | | |
| 33. | | | | | | | | | |
| 34. LUFKIN INDUSTRIES | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NUVEEN MUN VALUE FD NFSC | D | Dividend | M | T | | | | | |
| 36. UNOCAL | A | Dividend | | | MERGER | 8/24 | J | D | MIXED MERGER WITH CHEVRON |
| 37. TVI CORP NEW | | None | | | BUY | 9/02 | K | | |
| 38. | | | | | SELL | 9/16 | K | | |
| 39. 1ST SUMMIT BANCORP OF JOHNSTON, INC (GIFT 12/22/04) | B | Dividend | L | T | GIFT | 12/22 | K | | SEE PART VIII |
| 40. | | | | | GIFT | 1/04 | K | | SEE PART VIII |
| 41. | | | | | | | | | |
| 42. STOCKS: UNLISTED | | | | | | | | | |
| 43. COASTAL CLUB | | NONE | L | W | | | | | |
| 44. PLASMION | | None | J | W | | | | | |
| 45. PLASMION (GIFT 12/23/03) | | None | J | W | GIFT | 12/23 | K | | SEE PART VIII |
| 46. TENFOLD, INC. | A | Royalty | J | U | | | | | |
| 47. NEXT ESTATE B (IGEN) | | None | M | W | | | | | |
| 48. NEXT ESTATE C | | None | M | W | GIFT | 12/22 | | | |
| 49. NEXT ESTATE B (GIFT 12/22/03) | | None | M | W | GIFT | 12/22 | K | | SEE PART VIII |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. INVESTMENTS/PARTNERSHIPS: | | | | | | | | | |
| 54. WW URBAN PROPERTIES LLC | | None | K | W | | | | | |
| 55. WW RURAL PROPERTIES LLC | A | Royalty | J | W | | | | | |
| 56. CENTRAL INDUSTRIAL COMPLEX | | None | K | U | | | | | |
| 57. LAMA LIMITED PARTNERSHIP | | None | J | U | | | | | |
| 58. LAMA '89 LIMITED PARTNERSHIP | | None | J | U | | | | | |
| 59. MUSLOW OIL & GAS, INC. | D | Dividend | L | W | | | | | |
| 60. RENREW MINERALS, LTD | G | Royalty | N | W | | | | | |
| 61. SEALY HOUSTON, L.P. | D | Distribution | | | SELL | 12/31 | J | D | |
| 62. TEE ENERGY, CO., L.L.C. | G | Royalty | O | W | | | | | |
| 63. JADOBE INVESTMENTS, LLC | | None | L | W | | | | | |
| 64. JADOBE INVESTMENTS 1998, LLC | | None | K | W | | | | | |
| 65. JADOBE INVESTMENTS 2000, LLC | | None | M | W | Invest | VAR | L | | ALLOY VENTURES 2000 |
| 66. JASAN, LLC | F | Royalty | M | W | | | | | |
| 67. FANTASY SPORTS LEAGUES, LLC | | None | K | W | | | | | |
| 68. LOUIS ROSEN TRUSTEE | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. PROVEN LEGACY, LLC | | None | L | U | INVEST | 4/06 | L | | |
| 71. | | | | | INVEST | 4/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

RE: V-GIFTS: NONE AS TRUE GIFTS, BUT-ON A RECIPROCAL BASIS-I ACCEPT INVITATIONS FOR HUNTING OR FISHING WITH FRIENDS WHO I INVITE TO HUNT OR FISH WITH ME. SOME SUCH RECIPROCAL INVITORS/INVITEE, ARE ATTORNEYS MANY OF WHOM WERE FRIENDS AND HUNTING OR FISHING PARTNERS BEFORE I BECAME A JUDGE. I NEVERTHELESS RECUSE MYSELF WHEN SUCH FRIENDS ARE REPRESENTING CLIENTS BEFORE THIS COURT.

RE: VII-STOCK-1ST SUMMIT BANCORP OF JOHNSTON,INC., NEXT ESTATE B (GIFT 12/22/03) AND PLASMION (GIFT 12/23/03): ASSETS OF TRUST FOR BENEFIT OF ▓▓▓▓▓▓▓▓▓F WHICH I AM TRUSTEE AS INDICATED IN PART 1, INADVERTANTLY OMITTED FROM PRIOR YEAR REPORTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date____ 5-12-06

NOTE: ANY I...                                                          ...ILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544